# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| MARY AND MATTHEW STREET,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC, a Delaware Limited Liability Company, and AMAZON DIGITAL SERVICES, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. 2:21-cv-0912-BJR |

\_\_\_     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

xx     **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT defendants' motion to dismiss be granted and plaintiffs' motion to amend be denied and that plaintiffs' action be dismissed with prejudice.

Dated August 25, 2022.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Serge Bodnarchuk<br>
Deputy Clerk